IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES WILLIAM MCBRIDE, | : | CIVIL ACTION |
| Petitioner, | : | |
| | : | |
| v. | : | |
| | : | |
| GEORGE PATRIC, THE DISTRICT | : | |
| ATTORNEY OF NORTHAMPTON | : | |
| COUNTY, THE ATTORNEY GENERAL | : | |
| OF THE STATE OF PENNSYLVANIA, and | : | |
| SUPERINTENDENT GRACE, | : | |
| SCI HUNTINGDON, PA, et al., | : | |
| Respondents. | : | No. 06-2085 |

## ORDER

AND NOW, this 29th day of April, 2011, upon consideration of the amended petition for writ of habeas corpus (Doc. Nos. 24, 25), the response thereto (Doc. No. 31), and petitioner's reply (Doc. No. 34), it is hereby **ORDERED** that for the reasons set forth above, the petition is **DENIED WITH PREJUDICE AND WITHOUT A HEARING.**

**IT IS FURTHER ORDERED** that no certificate of appealability will be issued pursuant to 28 U.S.C. § 2253 because petitioner has failed to make a substantial showing of denial of a constitutional right.

The Clerk of Court is hereby directed to mark this case closed.

_____
LOWELL A. REED, JR., S.J.